# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AMY J. BREWER, | ) | CASE NO. 1:23-cv-1241 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendants. | ) | **RECOMMENDATION** |

On June 25, 2023, Plaintiff Amy J. Brewer filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny her application for supplemental security income. (ECF No. 1). On March 12, 2024, Magistrate Judge Jonathan Greenberg issued a Report and Recommendation ("R&R") recommending that the Court AFFIRM the Commissioner's final decision. (ECF No. 11).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a R&R within fourteen (14) days after service. As of the date of this Order, more than 30 days have passed and neither party has objected to the R&R.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

1

2

Accordingly, the Court **ADOPTS** Magistrate Judge Greenberg's R&R, incorporating it fully herein by reference, and **AFFIRMS** the Commissioner's final decision.

**IT IS SO ORDERED.**

Date: April 18, 2024

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**